UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

CORPORATION FOR INTERNATIONAL BUSINESS,

Plaintiff,

-against-

UNITED STATES COUNCIL FOR INTERNATIONAL BUSINESS, INCORPORATED,

Defendant.

-------------------------------------------------------X

26-CV-8254 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On November 12, 2026, I ordered the parties to submit a joint proposed schedule for expedited discovery regarding Plaintiff's application for a preliminary injunction by November 19, 2026. Having been unable to reach an agreement, before me are the parties' competing proposals. (Docs. 34–36.) Accordingly, it is hereby:

ORDERED that the parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing expedited discovery set forth below.

IT IS FURTHER ORDERED that initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than November 30, 2026.

IT IS FURTHER ORDERED that initial requests for production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure, interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure and limited by Local Civil Rule 33.3, and requests for

admission pursuant to Rule 36 of the Federal Rules of Civil Procedure shall be served by November 30, 2026.

IT IS FURTHER ORDERED that written responses or objections to initial requests for production of documents shall be made by December 7, 2026. Written responses or objections to interrogatories and requests for admission shall be made by December 14, 2026.

IT IS FURTHER ORDERED that responsive documents shall be produced on a rolling basis with each party reaching substantial completion by January 21, 2027.

IT IS FURTHER ORDERED that each party may conduct up to three (3) depositions during expedited discovery, pursuant to Rule 30 of the Federal Rules of Civil Procedure. Non-party witness depositions are permitted; however, those depositions will count toward the three-deposition limit. The parties shall serve their notices of deposition by January 27, 2027.

IT IS FURTHER ORDERED that depositions shall be completed by February 10, 2027. Absent an agreement between the parties or an order from the Court, depositions are not to be held until all parties have responded to initial requests for document production. There is no priority for depositions by reason of a party's status as a plaintiff or a defendant.

IT IS FURTHER ORDERED that all expedited discovery shall be completed by February 10, 2027.

IT IS FURTHER ORDERED that Plaintiff may submit a new opening brief in support of its application for a preliminary injunction by February 17, 2027. Defendant may submit an opposition by February 24, 2027. Plaintiff may submit a reply by March 1, 2027.

IT IS FURTHER ORDERED that the parties shall submit their final witness lists, exhibit lists, and deposition designations for a preliminary injunction hearing by March 8, 2027.

IT IS FURTHER ORDERED that a hearing on Plaintiff's application for a preliminary

injunction will be held on March 16, 2027 at 1:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.

The Clerk of Court is respectfully directed to terminate the open motion at Doc. 36.

Dated: November 24, 2026
New York, New York

Vernon S. Broderick
United States District Judge